## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CAROL TIMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LGE COMMUNITY CREDIT UNION,<br><br>Defendant. | Case No. **1:15-cv-04279-CAP** |

## [PROPOSED] ORDER GRANTING DEFENDANT LGE COMMUNITY CREDIT UNION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

The Court, having considered Defendant LGE Community Credit Union's Motion to Dismiss Plaintiff's Complaint (the "Motion"), and for good cause appearing therefor, hereby **GRANTS** the Motion in its entirety and **DISMISSES** the Complaint with prejudice.

Dated:  April __ , 2016

_____
Honorable Charles A. Pannell, Jr.
United States District Court
Northern District of Georgia