IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROL TIMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>LGE COMMUNITY CREDIT UNION,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO.  1:15-cv-04279-TWT |

**JOINT MOTION TO STAY PROCEEDINGS FOR 90 DAYS TO ALLOW**

**PARTIES TO ENGAGE IN SETTLEMENT DISCUSSIONS**

Defendant LGE Community Credit Union ("Defendant") and Plaintiff Carol Tims ("Plaintiff") (together, the "Parties"), by and through their respective undersigned counsel, previously moved the Court three times for an order staying the ruling on the pending Motion to Dismiss the First Amendment Complaint ("Motion") (Dkt. Nos. 30, 39 and 43) to allow the Parties to engage in settlement

negotiations. On January 10, 2017, the Court granted the last request, which stayed the case until March 10, 2017. (Dkt. No. 44.)

In the parties' last request, they notified the Court that the Parties' experts have conducted an initial analysis of the customer account database to determine the total damage exposure which could be used as a starting point for settlement discussions, but the Parties needed additional time to conduct follow-up analysis after it was discovered there were some technical issues with the database.

Since the Court's order granting the request to extend the stay, Plaintiff's expert was able to complete the follow-up analysis, Plaintiff has made a demand, the parties have selected a mediator, and the Parties are now finalizing a mediation date. However, based on the mediator's availability, the mediation date is expected to be in mid-May, 2017, but in no event past the middle of June, 2017.

Therefore, the Parties need an additional 90 days to continue the settlement discussions and engage in formal private mediation. Accordingly, the Parties respectfully request that all proceedings be stayed until June 10, 2017.

The Parties will inform the Court of the status of the settlement discussions and mediation by June 10, 2017. If a settlement is not possible at that time, then the Parties will inform the Court that the stay should be terminated, or if an additional extension is warranted. A proposed order is attached hereto for the Court's convenience.

Date: March 9, 2017.                                  Respectfully submitted,

            BY: */s/ Richard D.McCune*
              Richard D. McCune, *Pro Hac Vice*
              Cal. Bar No. 132124
              **MCCUNE WRIGHT AREVALO LLP**
              3281 East Guasti Road, Suite 100
              Ontario, California  91761
              Telephone:  (909) 557-1250
              Facsimile:  (909) 557-1275
              Email: rdm@mccunewright.com

              Taras Kick, *Pro Hac Vice*
              Cal. Bar No. 143379,
              **THE KICK LAW FIRM, APC**
              201 Wilshire Boulevard, Suite 350
              Santa Monica, California 90401
              Telephone:  (310) 395-2988
              Facsimile:  (310) 395-2088
              Email: taras@kicklawfirm.com

              E. Adam Webb
              Ga. Bar No. 743910
              G. Franklin Lemond, Jr.
              Ga. Bar No. 141315
              **WEBB, KLASE & LEMOND, LLC**
              1900 The Exchange, S.E., Suite 480
              Atlanta, Georgia  30339
              Telephone:  (770) 444-9325
              Facsimile:  (770) 444-0271
              Email: Adam@WebbLLC.com
              Email: Franklin@WebbLLC.com

              *Attorneys for Plaintiff Carol Tims and the Putative Class*

//
//

Date:  March 9, 2017.	Respectfully submitted,

            BY: */s/ Stuart M. Ricther*
               Stuart M. Richter, *Pro Hac Vice*
               Andrew J. Demko, *Pro Hac Vice*
               **KATTEN MUCHIN ROSENMAN LLP**
               2029 Century Park East, Suite 2600
               Los Angeles, CA 90067-3012
               Telephone: 310.788.4400
               Facsimile: 310.788.4471
               Email: stuart.richter@kattenlaw.com
               Email: andrew.demko@kattenlaw.com

               Hal J. Leitman, Bar No. 446246
               **MACEY WILENSKY HENNINGS LLC**
               303 Peachtree Street, NE
               Suntrust Plaza, Suite 4420
               Atlanta, Georgia 30308
               Telephone: 404.584.1200
               Facsimile: 404.681.4355
               Email: hleitman@maceywilensky.com

               *Attorneys for Defendant*
               *LGE Community Credit Union*