# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CAROL TIMS,

        Plaintiff,

v.

LGE COMMUNITY CREDIT UNION,

        Defendant.

CIVIL ACTION FILE

NO.  1:15-cv-4279-TWT

## J U D G M E N T

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of the defendant's Motion to Dismiss, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia, this 6th day of November, 2017.

                              JAMES N. HATTEN
                              CLERK OF COURT and
                              DISTRICT COURT EXECUTIVE
By: s/Jennifer Lee
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 6, 2017
James N. Hatten
Clerk of Court
By: s/Jennifer Lee
      Deputy Clerk