# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CAROL TIMS, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| | CIVIL ACTION FILE |
| v. | |
| | NO. 1:15-CV-04279-TWT |
| LGE COMMUNITY CREDIT UNION, | |
| Defendant. | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff/Appellant Carol Tims hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Judgment of the District Court for the Northern District of Georgia entered in the above-captioned case on November 6, 2017.  (Exh. A hereto).

DATED this 7th day of November, 2017.

                        Respectfully submitted,

          BY:   WEBB, KLASE & LEMOND, LLC

                      */s/ G. Franklin Lemond, Jr.*
                      E. Adam Webb
                        Georgia Bar No. 743910
                      G. Franklin Lemond, Jr.
                        Georgia Bar No. 141315

                      1900 The Exchange, S.E.
                      Suite 480
                      Atlanta, Georgia 30339
                      (770) 444-9594
                      Adam@WebbLLC.com
                      Franklin@WebbLLC.com

                      Richard D. McCune
                      **McCUNE WRIGHT AREVALO, LLP**
                      3281 East Guasti Road
                      Suite 100
                      Ontario, California 91761
                      (909) 557-1250
                      rdm@mccunewright.com

                      Taras Kick
                      **THE KICK LAW FIRM, APC**
                      201 Wilshire Boulevard
                      Suite 350
                      Santa Monica, California 90401
                      (310) 395-2988
                      taras@kicklawfirm.com

                      *Attorneys for Plaintiff*

## TYPE AND FONT CERTIFICATION

The undersigned certifies that this brief complies with Local Rule 5.1(C) regarding typefaces and fonts.

                                              */s/ G. Franklin Lemond, Jr.*
                                              G. Franklin Lemond, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2017, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which automatically sends email notification of such filing to all attorneys of record.

                                              */s/ G. Franklin Lemond, Jr.*
                                              G. Franklin Lemond, Jr.